AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>8:18-MJ-00554 | Date and time warrant executed:<br>10/31/18   7:44 AM | Copy of warrant and inventory left with:<br>ON-SITE  IN  EACH UNIT |
| Inventory made in the presence of :<br>No PRESENCE ON SITE | | |
| Inventory of the property taken and name of any person(s) seized:<br>[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes).  If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]<br><br>SEE ATTACHMENT | | |

**Certification**  (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date:  10/31/18

_Executing officer's signature_

KEITH KUNTZ, SPECIAL AGENT
_Printed name and title_



## U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018     **START TIME:** 8:45am     **END TIME:** 2:45PM

**SITE ADDRESS:** A-1 Storage; UNIT 20; 5081 Lincoln Avenue, Cypress, CA. 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 1 | 1 | One Wrapped Pallet of assorted ED Drugs. i.e. Rhino 88 |
| 2 | 1 | One Wrapped Pallet of assorted ED Drugs. i.e. Rhino 7 |
| 3 | 1 | One Wrapped Pallet of assorted ED Drugs. ie: Rhino 7 |
| 4 | 1 | One Wrapped Pallet of assorted ED Drugs. i.e. Rhino |
| 5 | 1 | One Wrapped Pallet of assorted ED Drugs. i.e. Rhino |
| 6 | 1 | One Wrapped Pallet of assorted ED Drugs. i.e. Rhino |
| 7 | 1 | One Wrapped Pallet of assorted ED Drugs. i.e. Rhino |
| 8 | 1 | One Wrapped Pallet of assorted ED Drugs. i.e. Rhino |



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018     **START TIME:** 8:45AM     **END TIME:** 3:08pm

**SITE ADDRESS:** UNIT 26. A-1 Self Storage; 5081 Lincoln Avenue; Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 1 | 1 | One Wrapped Pallet of Assorted ED Drugs. i.e. Rhino |
| 2 | 1 | One Wrapped Pallet of Assorted ED Drugs. i.e. Rhino |
| 3 | 1 | One Wrapped Pallet of Assorted ED Drugs. i.e. Rhino |
| 4 | 1 | One Wrapped Pallet of Assorted ED Drugs. i.e. Rhino |
| 5 | 1 | One Wrapped Pallet of Assorted ED Drugs. i.e. Rhino |
| 6 | 1 | One Wrapped Pallet of Assorted ED Drugs. i.e. Rhino |
| 7 | 1 | One Wrapped Pallet of Assorted ED Drugs. i.e. Rhino |
| 8 | 1 | One Wrapped Pallet of Assorted ED Drugs. i.e. Rhino |
| 9 | 1 | One Wrapped Pallet of Assorted ED Drugs. i.e. Rhino |



## U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018    **START TIME:** 8:45AM    **END TIME:** 6:06PM

**SITE ADDRESS:** UNIT 26 PART II; A-1 Self Storage; 5081 Lincoln Avenue; Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 1 | 1 | ONE PALLET OF ASSORTED DRUGS |
| 2 | 1 | ONE PALLET OF ASSORTED DRUGS |
| 3 | 1 | ONE PALLET OF ASSORTED DRUGS |
| 4 | 1 | ONE PALLET OF ASSORTED DRUGS |
| 5 | 1 | ONE PALLET OF ASSORTED DRUGS |

OCI Form 4200

## U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018    **START TIME:** 7:45am    **END TIME:** 8:29pm

**SITE ADDRESS:** Unit 243: A-1 Self Storage, 5081 Lincoln Ave, Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 1 | 1 | One wrapped pallet of assorted ED drugs |
| 2 | 1 | One wrapped pallet of assorted ED drugs |
| 3 | 1 | One wrapped pallet of assorted ED drugs |
| 4 | 1 | One wrapped pallet of assorted ED drugs |
| 5 | 1 | One wrapped pallet of assorted ED drugs |
| 6 | 1 | One wrapped pallet of assorted ED drugs |
| 7 | 1 | One wrapped pallet of assorted ED drugs |
| 8 | 1 | One wrapped pallet of assorted ED drugs |
| 9 | 1 | One wrapped pallet of assorted ED drugs |
| 10 | 1 | One wrapped pallet of assorted ED drugs |
| 11 | 1 | One wrapped pallet of assorted ED drugs |
| 12 | 1 | One wrapped pallet of assorted ED drugs |
| 13 | 1 | One wrapped pallet of assorted ED drugs |
| 14 | 1 | One wrapped pallet of assorted ED drugs |
| 15 | 1 | One wrapped pallet of assorted ED drugs |
| 16 | 1 | One wrapped pallet of assorted ED drugs |

## U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018     **START TIME:** 7:45am     **END TIME:** 8:22pm

**SITE ADDRESS:** Unit 247: A-1 Self Storage, 5081 Lincoln Ave, Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 1 | 1 | One wrapped pallet of assorted ED drugs |
| 2 | 1 | One wrapped pallet of assorted ED drugs |
| 3 | 1 | One wrapped pallet of assorted ED drugs |
| 4 | 1 | One wrapped pallet of assorted ED drugs |
| 5 | 1 | One wrapped pallet of assorted ED drugs |
| 6 | 1 | One wrapped pallet of assorted ED drugs |
| 7 | 1 | One wrapped pallet of assorted ED drugs |
| 8 | 1 | One wrapped pallet of assorted ED drugs |
| 9 | 1 | One wrapped pallet of assorted ED drugs |

OCI Form 4200

**U.S. FOOD AND DRUG ADMINISTRATION**
**OFFICE OF CRIMINAL INVESTIGATIONS**

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018          **START TIME:** 7:45am          **END TIME:** 7:40pm

**SITE ADDRESS:** Unit 249: A-1 Self Storage, 5081 Lincoln Ave, Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 1 | 1 | One wrapped pallet of assorted ED drugs |
| 2 | 1 | One wrapped pallet of assorted ED drugs |
| 3 | 1 | One wrapped pallet of assorted ED drugs |
| 4 | 1 | One wrapped pallet of assorted ED drugs |
| 5 | 1 | One wrapped pallet of assorted ED drugs |
| 6 | 1 | One wrapped pallet of assorted ED drugs |
| 7 | 1 | One wrapped pallet of assorted ED drugs |
| 8 | 1 | One wrapped pallet of assorted ED drugs |
| 9 | 1 | One wrapped pallet of assorted ED drugs |
| 10 | 1 | One wrapped pallet of assorted ED drugs |



### U.S. FOOD AND DRUG ADMINISTRATION
### OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2017       **START TIME:** 8:45am    **END TIME:** 3:25pm

**SITE ADDRESS:** UNIT 250: A-1 SELF STORAGE; 5081 LINCOLN AVENUE; CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 1 | 1 | One Blue Hanging Bag "Labeled" Rhino containing Rhino 7 Master Packs |
| 2 | 1 | One Blue Hanging Bag "Labeled" Rhino containing Rhino 7 Master Packs |
| 3 | 1 | One Blue Hanging Bag "Labeled" Rhino containing Rhino 7 Master Packs |
| 4 | 1 | One Blue Hanging Bag "Labeled" Hasim containing Rhino 7 Master Packs |
| 5 | 1 | One Blue Hanging Bag "Labeled" Rhino containing Rhino 7 Master Packs |
| 6 | 1 | One Blue Hanging Bag "Labeled" Hasim containing Rhino 7 Master Packs |
| 7 | 1 | One Blue Hanging Bag "Labeled" Rhino containing Rhino 7 Master Packs |
| 8 | 1 | One Blue Hanging Bag "Labeled" Rhino containing Rhino 7 Master Packs |
| 9 | 1 | One Blue Hanging Bag "Labeled" Rhino containing Rhino 7 Master Packs |
| 10 | 1 | One Blue Hanging Bag labeled "Hasim" containing Rhino 7 Master Packs |
| 11 | 1 | One Blue Hanging Bag labeled "Hasim" bag of Rhino 69 |
| 12 | 1 | One Plastic Bag of Star 5000 |
| 13 | 1 | One Plastic Bag of Sexy Lady Master Packs |
| 14 | 1 | One Plastic Bag of Sexy Lady Master Packs |
| 15 | 1 | One Plastic Bag of Casanova |
| 16 | 1 | One Plastic Bag of Star 5000 Mater Packs |
| 17 | 1 | `One Blue "Hasim" Bag of Rhino 69 |



## U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2017

**SITE ADDRESS:** UNIT 250: A-1 SELF STORAGE; 5081 LINCOLN AVENUE; CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 18 | 1 | One Blue "Hasim " Bag of Raging Rhino |
| 19 | 1 | One Blue "Hasim" bag of 3KO Gold |
| 20 | 1 | One Blue "Hasim" bag of Gentleman |
| 21 | 1 | One Plastic Bag of Star 5000 Master Packs |
| 22 | 1 | One Blue Hanging Bag "Stag" containing Rhino 7 |
| 23 | 1 | One Blue Hanging Bag "Hasim" contaning Rhino 7 |
| 24 | 1 | One Blue Hanging Bag "Hasim" containing Ranging Rhino |
| 25 | 1 | One Plastic Bag of Star 5000 Master Packs |
| 26 | 1 | One blue hanging bag "Hasim" containing Rhino 69. |
| 27 | 1 | One Plastic Bag of Star 5000 Master Packs |
| 28 | 1 | One blue hanging bag labeled "Hasim" containing 3KO Gold |
| 29 | 1 | One Plastic Bag containing Rhino 7 |
| 30 | 1 | One Plastic Bag containing Rhino 7 |
| 31 | 1 | One Plastic Bag containing Rhino 7 |
| 32 | 1 | One blue hanging bag "Hasim" containing Gentleman |
| 33 | 1 | One white bag containing Casanova |
| 34 | 1 | One Plastic Bag containing Rhino 7 Master Packs |
| 35 | 1 | One Blue Hanging Bag "Hasim" containing Loco Rhino 30,000 |



U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

---

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2017

**SITE ADDRESS:** UNIT 250: A-1 SELF STORAGE; 5081 LINCOLN AVENUE; CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 36 | 1 | One Plastic White<br>One Plastic white bag containg Sexy Lady |
| 37 | 1 | One blue hanging bag containg Exten 2100 |
| 38 | 1 | One plastic bag containing Dragon 69 |
| 39 | 1 | One plastic bag containg Exten 1600 Master Packs |
| 40 | 1 | One blue bag containing Rhino 7 |
| 41 | 1 | One blue "Hasim" bag containing Black Stallion 5000 |
| 42 | 1 | One blue bag containing Rhino 69 |
| 43 | 1 | One blue bag "Hasim" containing Exten2100 |
| 44 | 1 | One blue bag"Hasim" containg Power King |
| 45 | 1 | One box of loose Rhino 8 |
| 46 | 1 | One box of multiple brand master packs |
| 47 | 1 | One box of assorted loose product |
| 48 | 1 | One plastic bag of Love Zen Master Packs |
| 49 | 1 | One plastic bag of Sexy Lady Master Packs |
| 50 | 1 | One plastic bag of Black Cobra 9000 |
| 51 | 1 | One blue bag containing 3KO |
| 52 | 1 | One blue bag containing Rhino 7 |



U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2017

**SITE ADDRESS:**     UNIT 250: A-1 SELF STORAGE; 5081 LINCOLN AVENUE; CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 53 | 1 | One plastic bag containing Jaguar Master Packs |
| 54 | 1 | One blue bag containing Loco Rhino |
| 55 | 1 | One blue bag containing Love X |
| 56 | 1 | One Blue "Hasim" bag containing Rhino 69 |
| 57 | 1 | One Blue "Hasim" bag containg Rhino 69 |
| 58 | 1 | One blue bag containing Happy Timie |
| 59 | 1 | One blue bag containing Paparazzi |
| 60 | 1 | One plastic bag containing Rhino 69 |
| 61 | 1 | One blue "Hasim" bag containing Rhino 7 |
| 62 | 1 | One blue bag containing 3KO |
| 63 | 1 | One Wrapped Pallet of Assorted ED Drugs - ie: Rhino 7, 3KO |
| 64 | 1 | One Wrapped Pallet of Assorted ED Drugs - i.e. Black Mamba / Rhino 7 |
| 65 | 1 | One Wrapped Pallet of Assorted ED Drugs - i.e. Exten 1600 |
| 66 | 1 | One Wrapped Pallet of Assorted ED Drugs -i.e. Rhino 7 |

U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018   **START TIME:** 7:45am   **END TIME:** 6:36pm

**SITE ADDRESS:** Unit 295: A-1 Self Storage, 5081 Lincoln Ave, Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | One wrapped pallet of assorted ED drugs |
| 2 | 1 | One wrapped pallet of assorted ED drugs |
| 3 | 1 | One wrapped pallet of assorted ED drugs |
| 4 | 1 | One wrapped pallet of assorted ED drugs |
| 5 | 1 | One wrapped pallet of assorted ED drugs |
| 6 | 1 | One wrapped pallet of assorted ED drugs |
| 7 | 1 | One wrapped pallet of assorted ED drugs |

U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018     **START TIME:** 7:45am     **END TIME:** 3:25pm

**SITE ADDRESS:** Unit 303: A-1 Self Storage, 5081 Lincoln Ave, Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 1 | 1 | One (1) brown box with twelve (12) boxes of Stag 111K |
| 2 | 1 | One (1) brown box with sixteen (16) boxes of Superzone |
| 3 | 1 | One (1) plastic bag of Burro Power |
| 4 | 1 | One (1) brown box with twenty (20) retail boxes of Superzone |
| 5 | 1 | One (1) brown box with two (2) plastic bags of Cobra 9000 |
| 6 | 1 | One (1) brown box with two (2) plastic bags of Rhino 7 capsules |
| 7 | 1 | One (1) blue canvas bag of Jaguar 11000 capsules |
| 8 | 1 | One (1) blue canvas bag of Supreme Zen |
| 9 | 1 | One (1) blue canvas bag of Rhino 25 |
| 10 | 1 | One (1) blue canvas bag of Superzone |
| 11 | 1 | One (1) brown box of miscellaneous capsules |
| 12 | 1 | One (1) brown box with one (1) plastic bag of Rhino 7 |
| 13 | 1 | One (1) brown box with one (1) plastic bag of Tiger capsules |
| 14 | 1 | One (1) blue canvas bag of Stak 111k |
| 15 | 1 | One (1) plastic bag of Superzone |
| 16 | 1 | One (1) plastic bag of Rhino 12 |
| 17 | 1 | One (1) plastic bag of Rhino 69 |



### U.S. FOOD AND DRUG ADMINISTRATION
### OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018

**SITE ADDRESS:** Unit 303: A-1 Self Storage, 5081 Lincoln Ave, Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 18 | 1 | One (1) plastic bag of Rhino 69 |
| 19 | 1 | One (1) blue canvas bag of Rhino 7 |
| 20 | 1 | One (1) plastic bag of Black Stallion 111K |
| 21 | 1 | One (1) blue canvas bag of Rhino 69 capsules |
| 22 | 1 | One (1) brown box of miscellaneous capsules |
| 23 | 1 | One (1) brown box of twenty one (21) boxes of Stag 111K |
| 24 | 1 | One (1) plastic bag of Black Stallion 9000 |
| 25 | 1 | One (1) blue canvas bag of miscellaneous boxes |
| 26 | 1 | One (1) plastic bag of Jaguar 111K |
| 27 | 1 | One (1) plastic bag of Superzone |
| 28 | 1 | One (1) blue canvas bag of Rhino 25 capsules |
| 29 | 1 | One (1) blue canvas bag of Premier Zen |
| 30 | 1 | One (1) plastic bag of Superzone |
| 31 | 1 | One (1) blue canvas bag of Supreme Zen |
| 32 | 1 | One (1) brown box of Rhino 12 capsules |
| 33 | 1 | One (1) plastic bag of twenty one (21) boxes of Black Stallion 111K |
| 34 | 1 | One (1) blue canvas bag of Black Stallion 9000 |
| 35 | 1 | One (1) blue canvas bag of Supreme Zen |

OCI Form 4200

U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018

**SITE ADDRESS:** Unit 303: A-1 Self Storage, 5081 Lincoln Ave, Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 36 | 1 | One (1) plastic bag of Black Stallion 111K |
| 37 | 1 | One (1) blue canvas bag of Supreme Zen |
| 38 | 1 | One (1) brown box of Rhino 69 capsules |
| 39 | 1 | One (1) brown box of twenty (20) boxes of Black Stallion 111K |
| 40 | 1 | One (1) brown box of two (2) plastic bags of Cobra 9000 |
| 41 | 1 | One (1) brown box of one (1) plastic bag of ORGAZEN 3500 |
| 42 | 1 | One (1) plastic bag of Superzone |
| 43 | 1 | One (1) blue canvas bag of Supreme Zen |
| 44 | 1 | One (1) plastic bag of Superzone |
| 45 | 1 | One (1) plastic bag of Rhino 12 |
| 46 | 1 | One (1) plastic bag of Superzone |
| 47 | 1 | One (1) blue canvas bag of Rhino 69 capsules |
| 48 | 1 | One (1) blue canvas bag of Rhino 12 |
| 49 | 1 | One (1) plastic bag of Black Stallion 111K |
| 50 | 1 | One (1) plastic bag of Black Stallion 9000 |
| 51 | 1 | One (1) blue canvas bag of Black Mamba |
| 52 | 1 | One (1) blue canvas bag of Jaguar 111K |
| 53 | 1 | One (1) blue canvas bag of Black Stallion 9000 |

OCI Form 4200

U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018

**SITE ADDRESS:**    Unit 303: A-1 Self Storage, 5081 Lincoln Ave, Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 54 | 1 | One (1) blue canvas bag of Rhino 25 |
| 55 | 1 | One (1) blue canvas bag of Jaguar 111K |
| 56 | 1 | One (1) blue canvas bag of Jaguar 111K |
| 57 | 1 | One (1) plastic bag of Rhino 12 capsules |
| 58 | 1 | One (1) plastic bag of Stag 111K |
| 59 | 1 | One (1) blue canvas bag of Rhino 25 capsules |
| 60 | 1 | One (1) pallet of miscellaneous pills and various ED drugs |
| 61 | 1 | One (1) pallet of various ED drugs |
| 62 | 1 | One (1) bag of Stiff Nights capsules and assorted ED drugs combined with pallet # 2) |
| 63 | | VOID - No EVIDENCE |
| 64 | | VOID - No EVIDENCE |
| 65 | | VOID - No EVIDENCE |
| 66 | | VOID - No EVIDENCE |
| 67 | | VOID - No EVIDENCE |

U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018  **START TIME:** 7:45am  **END TIME:** 5:36 PM

**SITE ADDRESS:** Unit 303: A-1 Self Storage, 5081 Lincoln Ave, Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 1 | 1 | One wrapped pallet of assorted ED drugs |
| 2 | 1 | One wrapped pallet of assorted ED drugs |
| 3 | 1 | One wrapped pallet of assorted ED drugs |
| 4 | 1 | One wrapped pallet of assorted ED drugs |
| 5 | 1 | One wrapped pallet of assorted ED drugs |

OCI Form 4200

U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018          **START TIME:** 7:45am     **END TIME:** 07:00pm

**SITE ADDRESS:** Unit 304: A-1 Self Storage, 5081 Lincoln Ave, Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 1 | 1 | One wrapped pallet of assorted ED drugs |
| 2 | 1 | One wrapped pallet of assorted ED drugs |
| 3 | 1 | One wrapped pallet of assorted ED drugs |
| 4 | 1 | One wrapped pallet of assorted ED drugs |
| 5 | 1 | One wrapped pallet of assorted ED drugs |

U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED



**DATE OF SEARCH:**  10/31/2018  **START TIME:** 7:45am  **END TIME:**  6:17pm

**SITE ADDRESS:**  Unit 304: A-1 Self Storage, 5081 Lincoln Ave, Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|--------------------------|
| 1 | 1 | One Hasim 2018 product catalog |



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018     **START TIME:** 7:45am     **END TIME:** 5:36 PM LCS

**SITE ADDRESS:** Unit 304: A-1 Self Storage, 5081 Lincoln Ave, Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 1 | 1 | Hewlett Packard computer S/N 2UA6492LDN, Model #5810 |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018    **START TIME:** 8:45AM    **END TIME:** 5:42PM

**SITE ADDRESS:** UNIT 307 A-1 Self Storage; 5081 Lincoln Avenue; Cypress, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | ASSORTED DRUGS - ONE PALLET |
| 2 | 1 | ASSORTED DRUGS - ONE PALLET |
| 3 | 1 | ASSORTED DRUGS - ONE PALLET |
| 4 | 1 | ASSORTED DRUGS - ONE PALLET |
| 5 | 1 | ASSORTED DRUGS - ONE PALLET |
| 6 | 1 | ASSORTED DRUGS - ONE PALLET |
| 7 | 1 | ASSORTED DRUGS - ONE PALLET |
| 8 | 1 | ASSORTED DRUGS - ONE PALLET |

OCI Form 4200